# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 18, 2023

## NO. 03-22-00459-CV

**Austin JSB, Ltd., Appellant**

**v.**

**Otwell Realty, Ltd., Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
AFFIRMED IN PART; REVERSED AND REMANDED IN PART
-- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on July 1, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment to the extent: (i) it ordered Austin JSB, Ltd. to remove the anchors and cables attached to the Dock; (ii) it declared that Austin JSB, Ltd. has no right under the Easement to install or maintain "any other permanent facility"; and (iii) it declared that the Easement prohibits a hotel or VRBO-type operation at the proposed development. We also reverse the award of attorney's fees and remand the issue of attorney's fees to the trial court for reconsideration. We affirm the judgment in all other respects. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.